IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DARRYL D. DIGGS,** ) | | |
| Plaintiff, ) | Civil Action No. 7:11-cv-00439 | |
| ) | | |
| v. ) | **MEMORANDUM OPINION** | |
| ) | | |
| **J. MCCARGO, et al.,** ) | By: Norman K. Moon | |
| Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** pursuant to 42 U.S.C. §1997e(a); his motion to proceed in forma pauperis is **DISMISSED as moot**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 15th day of September, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE