IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARRYL D. DIGGS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11-cv-00439 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| J. MCCARGO, <u>et al.</u>, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** pursuant to 42 U.S.C. §1997e(a); his motion to proceed <u>in forma pauperis</u> is **DISMISSED as moot**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 15th day of September, 2011.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE